Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

IN RE:                                             CASE: 20-21399

TERESA E HANSON                          CHAPTER 13

**Debtor**                                        Hon. KEVIN R. ANDERSON

---

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

---

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

**Restatement of Issues from Prior Objection(s):**

1. The plan is not feasible in that it is presently projected to require more than 60 months to make all payments required by the plan.

2. Based on information received from the Internal Revenue Service and/or Debtor(s)' Declaration Regarding Tax Returns, Debtor(s) have not complied with §1325(a)(9) as the Debtor(s) have not filed all tax returns as required under §1308. Tax years not filed: 2015, 2016, 2017, 2018, and 2019.

3. The Debtor(s) failed to produce at the 341 Meeting evidence of current income (see Fed. R. Bankr. P. 4002(b)(2)(A)) and LR 2083-1(e)(1)2)(A).

4. The Trustee requests an update regarding the Debtor's employment status.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: May 26, 2020                          LAJ /S/
                                             LON A. JENKINS
                                             CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on May 26, 2020:

JARED B. PEARSON, ECF Notification

                                             /s/ Samantha Phillips_____