**This order is SIGNED.**

**Dated: May 28, 2020**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

ar

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT
FOR THE District of Utah, Central Division**

| | |
|---|---|
| **IN RE:** | **CASE: 20-21399** |
| TERESA E HANSON | **CHAPTER 13** |
| | **HON. KEVIN R. ANDERSON** |
| **Debtor** | Confirmation Hearing:May 19, 2020 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

   A hearing on confirmation of the Chapter 13 plan came before this Court on May 19, 2020 2:00 pm.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

   The hearing on confirmation is continued to June 16, 2020 at 2:00 PM.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on May 20, 2020.

JARED B. PEARSON, ECF Notification

/s/ Samantha Phillips

## DESIGNATION OF PARTIES TO BE SERVED

TERESA E HANSON, 1088 EAST 5190 SOUTH, MURRAY, UT 84117-4117

JARED B. PEARSON, ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION